# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Chandler v. Mink** | : | CIVIL NO. 1:13-CV-2836 |
| Inmate: Johnny Ray Chandler, Sr. | : | (Chief Judge Conner) |
| ID Number: 11977-007 | : | |

## ORDER

On November 21, 2013, Johnny Ray Chandler, Sr., an inmate confined at the United States Penitentiary- Lewisburg, Lewisburg, Pennsylvania, filed the above civil rights complaint without submitting a filing fee or the **proper** forms required to proceed in forma pauperis. (Doc. 1).[1] By Administrative Order issued on November 22, 2013, Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted a properly completed Authorization form. The Authorization form was enclosed with the Order. (Doc. 3).

Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

**IT IS FURTHER ORDERED THAT THE** Clerk of Court is directed to terminate all pending motions.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

DATE: December 27, 2013

---

1. Although plaintiff filed an application to proceed in forma pauperis (Doc. 2), he failed to submit an authorization form which is required in prisoner civil rights cases.