**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER, SR.** | : | **CIVIL ACTION NO. 1:13-CV-2836** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **DANIELLE MINK,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 22nd day of January, 2014, upon consideration of plaintiff's motion (Doc. 10) for appointment of counsel, and it appearing that the complaint in this matter was dismissed without prejudice by Order (Doc. 8) dated December 27, 2013, it is hereby ORDERED that the motion (Doc. 10) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania